# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO JUAREZ YBARRA JR., | Case No. 1:25-cv-0212 KES SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION WITHOUT PREJUDICE, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY |
| v. | |
| SUPERIOR COURT OF KERN, | |
| Respondent. | |
| | Doc. 6 |

Benito Juarez Ybarra, Jr. is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking to challenge his conviction in the Kern County Superior Court for criminal threats and assault with a deadly weapon. *See* Doc. 1. The magistrate judge performed a preliminary review of the petition pursuant Rule 4 of the Rules Governing Section 2254 Cases and observed that "Petitioner's direct appeal of his criminal conviction is pending in the California Court of Appeal, Fifth Appellate District." Doc. 6 at 2. The magistrate judge found that the *Younger* abstention doctrine applied, and recommended the Court dismiss the petition. *Id.* at 3.

The Court served the findings and recommendations on Petitioner and notified him that any objections were due within 30 days. Doc. 6 at 3. The court also informed Petitioner that "failure to file objections within the specified time may waive the right to appeal the District Court's order." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). To date,

1

Petitioner has not filed objections and the time to do has passed.

Consistent with 28 U.S.C. § 636(b)(1), the Court performed a de novo review of the case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court also finds a certificate of appealability should not be issued. A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is allowed only in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. § 2253. The Court should issue a certificate of appealability if "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983)). In the present case, reasonable jurists would not find the Court's determination that the petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further.

The Court **ORDERS**:

1. The findings and recommendations issued on March 19, 2025 (Doc. 6), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to close the case.

4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   March 14, 2026

_____
UNITED STATES DISTRICT JUDGE

2